**Peggy Marlene MOELTER, Respondent,**

v.

**COMMISSIONER OF PUBLIC SAFETY, Petitioner, Appellant.**

**No. C0–89–1886.**

Supreme Court of Minnesota.

June 15, 1990.

Hubert H. Humphrey, III, Atty. Gen., Joel A. Watne, Sp. Asst. Atty. Gen., Nancy J. Bode, Asst. Atty. Gen., St. Paul, for appellant.

William N. Thorie, Baldwin, Wis., for respondent.

KEITH, Justice.

Shortly after the court of appeals decided this appeal, we released our decision on the two consolidated appeals in *State v. Piotrowski*, 453 N.W.2d 689 (Minn.1990). The court of appeals, in affirming the trial court's rescission of the revocation of the driver's license of Ms. Moelter, relied upon its own decision in the two *Piotrowski* cases, decisions which we reversed. On the basis of our opinion deciding those ap-peals we now reverse the decision of the court of appeals in this appeal.

Reversed.